## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **IN RE: RENE GUTHRIE HORNE,** ) | |
| ) | **CASE NO. 04-01065** |
| **Debtor.** ) | |
| ) | **CHAPTER 13** |
| ) | |

### ORDER

For the reasons stated in this Court's contemporaneous Memorandum Decision, it is

### ORDERED

that the Final Application for Allowance of Compensation filed by counsel for the Debtor is GRANTED in the total amount of $2,156.04, which includes $2,133.84 in legal fees and $22.20 in reimbursement of postage expenses. Such amount is to be paid to the Debtor's attorney directly by the Debtor out of the sale proceeds being held in escrow by the Debtor's attorney.

The Clerk is directed to send copies of this Order and accompanying Memorandum Decision to the Debtor, Rene Guthrie Horne; Debtor's counsel, Harry W. Brown, Esq.; the Chapter 13 Trustee, Rebecca Connelly; and the Office of the U.S. Trustee.

This 12th day of July, 2006.

_William F. Stone, Jr._
UNITED STATES BANKRUPTCY JUDGE